1  Zachary M. Best, SBN 166035
   Mission Law Firm, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:17-cv-02629-JCS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| MICHAEL HOM, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, Michael Hom; Cordelia Jew Hom; Wai Dek Hom, Trustee of the Wai Dek Hom and Wai Ching Hom Revocable Trust, dated August 10, 1998; and Wai Ching Hom, Trustee of the Wai Dek Hom and Wai Ching Hom Revocable Trust, dated August 10, 1998, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: September 19, 2017  MISSION LAW FIRM, A.P.C.

                                      */s/ Zachary M. Best*
                                      Zachary M. Best
                                      Attorney for Plaintiff,
                                      Albert Dytch

Dated: September 19, 2017  VAUGHAN AND ASSOCIATES

                                      */s/ Cris C. Vaughan*
                                      Cris C. Vaughan
                                      Attorneys for Defendants,
                                      Michael Hom; Cordelia Jew Hom;
                                      Wai Dek Hom, Trustee of the Wai Dek Hom
                                      and Wai Ching Hom Revocable Trust,
                                      dated August 10, 1998; and Wai Ching
                                      Hom, Trustee of the Wai Dek Hom and
                                      Wai Ching Hom Revocable Trust,
                                      dated August 10, 1998

Dated: September 20, 2017  IT IS SO ORDERED
                                      Judge Joseph C. Spero
                                      UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ENTIRE ACTION